# ARKANSAS COURT OF APPEALS

## PROCEEDINGS OF AUGUST 20, 2025

### MOTIONS SUBMITTED

CR-22-458.  Jiggs Dean Compton v. State of Arkansas, from Newton County Circuit Court. Appellant's pro se motion to duplicate at state's expense.

CR-23-780.  Tyler Preston Nixon v. State of Arkansas, from Sebastian County Circuit Court, Fort Smith District.  Appellant's motion to file belated brief.

CR-24-334.  John Sanders v. State of Arkansas, from Craighead County Circuit Court, Western District.  Motion of Terry Goodwin Jones for attorney's fee.

CR-24-340.  Paul Criswell v. State of Arkansas, from Saline County Circuit Court. Appellant's pro se motion to accept tendered brief without notary seal.

CR-24-358.  Stephanie Ann Knox v. State of Arkansas, from Garland County Circuit Court.  Motion of Nicole C. Gillum for attorney's fees.

CR-24-368.  Sammie Jean Schancer v. State of Arkansas, from Washington County Circuit Court.  Motion of Rebekah Kennedy for attorney fees and unified brief in support.

CR-24-432.  Robby Lee Mitchell v. State of Arkansas, from St. Francis County Circuit Court.  Motion of Robert M. "Robby" Golden for award of attorney's fees and costs.

CR-24-480.  Cedric Taylor, Jr. v. State of Arkansas, from Desha County Circuit Court. Motion of Dusti Standridge for attorney's fees and expenses.

CR-24-543.  Cesaire Rice v. State of Arkansas, from Pulaski County Circuit Court, Seventh Division.  Motion of Lee D. Short for attorney's fees.

CR-24-553.  Kerry Burtrain v. State of Arkansas, from Pulaski County Circuit Court, Fifth Division.  Motion of Eric N. Wilson for fees.

CR-24-578.  Troy Levi Ramos v. State of Arkansas, from Saline County Circuit Court. Motion of John Wesley Hall for attorney fees.

CR-24-593.  Shannon Anthony Barnett v. State of Arkansas, from Saline County Circuit Court.  Motion of Ethan C. Nobles for attorney's fees.

# ARKANSAS COURT OF APPEALS

## PROCEEDINGS OF AUGUST 20, 2025

### MOTIONS SUBMITTED

CR-24-594. Shannon Anthony Barnett v. State of Arkansas, from Saline County Circuit Court. Motion of Ethan C. Nobles for attorney's fees.

CR-24-705. Devonta Martin v. State of Arkansas, from Pulaski County Circuit Court, First Division. Motion of Dusti Standridge for attorney's fees and expenses.

CR-24-719. Joe Morris v. State of Arkansas, from Pope County Circuit Court. Motion of Dusti Standridge for attorney's fees and expenses.

CR-24-720. Joe Morris v. State of Arkansas, from Pope County Circuit Court. Motion of Dusti Standridge for attorney's fees and expenses.

CR-24-768. Troy Levi Ramos v. State of Arkansas, from Saline County Circuit Court. Motion of John Wesley Hall for attorney fees.

CR-25-27. William Mayfield v. State of Arkansas, from Grant County Circuit Court. Appellant's pro se motion to file pro se reply brief.

CR-25-75. Jeffery Lance H. Duckworth v. State of Arkansas, from Saline County Circuit Court. Appellant's motion to extend time to settle record.

CR-25-101. Josh Hurt v. State of Arkansas, from Greene County Circuit Court. Appellant's pro se motion to file belated pro se points.

CR-25-102. Josh Hurt v. State of Arkansas, from Greene County Circuit Court. Appellant's pro se motion to file belated pro se points.

CR-25-160. Christopher Bewley v. State of Arkansas, from Pope County Circuit Court. Appellant's motion to amend appellant's brief.

CR-25-226. Adam Lee Maskell v. State of Arkansas, from Bradley County Circuit Court. Appellant's pro se motion to settle and correct record.

CR-25-226. Adam Lee Maskell v. State of Arkansas, from Bradley County Circuit Court. Appellant's pro se motion for copy of record at public expense pursuant to Ark. R. App. P.–Crim. 19.

**ARKANSAS COURT OF APPEALS**

**PROCEEDINGS OF AUGUST 20, 2025**

<u>**MOTIONS SUBMITTED**</u>

CR-25-226. Adam Lee Maskell v. State of Arkansas, from Bradley County Circuit Court. Appellant's pro se motion to withdraw motion for copies of record at public expense.

CR-25-262. Sherrel Courvelle v. State of Arkansas, from Garland County Circuit Court. Appellant's pro se petition for writ of certiorari.

CR-25-292. Charles Dobbins v. State of Arkansas, from Drew County Circuit Court. Appellant's pro se motion for extension of time to file brief.

CR-25-292. Charles Dobbins v. State of Arkansas, from Drew County Circuit Court. Appellant's pro se second motion for extension of time to file brief.

CR-25-362. Randy Medlock v. State of Arkansas, from Crittenden County Circuit Court. Appellant's se petition writ for immediate release.

CR-25-362. Randy Medlock v. State of Arkansas, from Crittenden County Circuit Court. Appellant's pro se petition writ of state proof jurisdiction.

CR-25-364. Stephanie Branch v. State of Arkansas, from Saline County Circuit Court. Notice of Mathew R. Ingle of change of contact information for appellant's counsel.

CR-25-385. Glenn Michael Carruth v. State of Arkansas, from Miller County Circuit Court. Appellant's motion to complete and/or supplement the record.

CR-25-385. Glenn Michael Carruth v. State of Arkansas, from Miller County Circuit Court. Appellant's motion to stay briefing time.

CR-25-412. Ronnie Lee Tucker, Jr. v. State of Arkansas, from Saline County Circuit Court. Appellant's motion to consolidate appeals.

CR-25-413. Ronnie Lee Tucker, Jr. v. State of Arkansas, from Saline County Circuit Court. Appellant's motion to consolidate appeals.

CR-25-430. Jordan Lynn Lewis v. State of Arkansas, from Saline County Circuit Court. Motion of Ethan C. Nobles to be appointed counsel and to relieve Jonathan Camp as counsel.

## MOTIONS SUBMITTED

CR-25-439.  Darryl Williams v. State of Arkansas, from Jefferson County Circuit Court. Appellant's pro se motion for belated appeal.

CR-25-448.  Ricky Gipson v. State of Arkansas, from Dallas County Circuit Court.  Motion of Samantha J. Carpenter to withdraw and be relieved as counsel for appellant.

CR-25-448.  Ricky Gipson v. State of Arkansas, from Dallas County Circuit Court.  Motion of Jimmy C. Morris, Jr., to confirm substitution of counsel for appellant.

CR-25-463.  Jody Niederberger v. State of Arkansas, from Benton County Circuit Court. Appellant's motion for rule on clerk pursuant to Ark. Sup. Ct. R. 2-2.

CR-25-465.  Stephen Lister v. State of Arkansas, from Pulaski County Circuit Court, First Division.  Appellant's motion for rule on clerk.

CR-25-465.  Stephen Lister v. State of Arkansas, from Pulaski County Circuit Court, First Division.  Motion of Debra Reece Johnson to substitute counsel and to relieve John Wesley Hall as counsel for appellant.

CR-25-470.  Deno Dicamillo v. State of Arkansas, from Washington County Circuit Court. Motion for entry of appearance by Samantha Carpenter as co-counsel for the appellant.

CV-24-483.  Fintiv, Inc. v. Walmart, Inc.; and Merchant Customer Exchange, LLC, from Miller County Circuit Court.  Sworn motion for admission pro hac vice of Bruce H. Nagel on behalf of the appellant.

CV-24-483.  Fintiv, Inc. v. Walmart, Inc.; and Merchant Customer Exchange, LLC, from Miller County Circuit Court.  Appellant's motion to withdraw opposition to motion to withdraw as counsel.

CV-24-570.  Jerry Poole v. Hollie Ann Grice Arnold, Individually, and as Guardian of the Person and Estate of Thomas B. Marshall, Deceased; and Lynn B. Marshall, Individually, from Chicot County Circuit Court.  Joint motion for oral argument.

CV-24-601.  (In the Matter of the Estate of Philip D. Duvall, Deceased) Wiley Duvall v. Greg Duvall, from Grant County Circuit Court.  Suggestion of death upon the record of appellant Wiley Duvall.

# ARKANSAS COURT OF APPEALS

## PROCEEDINGS OF AUGUST 20, 2025

### MOTIONS SUBMITTED

CV-24-601. (In the Matter of the Estate of Philip D. Duvall, Deceased) Wiley Duvall v. Greg Duvall, from Grant County Circuit Court. Appellant's notice of appointment of personal representative.

CV-24-835. Kathleen Ann Harber v. Eric Moore; Heber Springs Police Department; and 16th Judicial Deputy Prosecutor, from Cleburne County Circuit Court. Appellant's pro se motion to supplement the record.

CV-25-39. David Henry, Sr.; Barbara Henry; and David Henry, Jr. v. First Service Bank, from Pulaski County Circuit Court, Eleventh Division. Bankruptcy status report.

CV-25-51. Christopher Thrailkill v. Courtney Thrailkill, from Polk County Circuit Court. Appellee's motion for attorney fees and costs.

CV-25-52. Christopher Thrailkill v. Courtney Thrailkill, from Polk County Circuit Court. Appellee's motion for attorney fees and costs.

CV-25-123. (In the Matter of the Adoption of a Minor) Stephen Harrison Johnson v. William Parnell and Lindsey Parnell, from Benton County Circuit Court. Appellees' amended and substituted motion for leave to file belated appellees' brief.

CV-25-159. Machandy Mason v. Arkansas Department of Human Services and Minor Children, from Craighead County Circuit Court, Western District. Appellant's pro se motion for acceptance of belated pro se points.

CV-25-181. SCA Management, LLC v. Ann Donovan P.A.; and Ann Donovan, from Benton County Circuit Court. Separate appellee Ann Donovan's notice of bankruptcy filing.

CV-25-194. Charles Edwin Hamner v. Arkansas Division of Correction, Dexter Payne, Michelle Gray, Aaron Rogers, William Straughn, and Steve Ricketts, from Izard County Circuit Court. Appellant's pro se motion requesting a file-marked copy of appellant's appeal brief returned to him.

CV-25-228. Lance Coster d/b/a Coster Landscaping & Construction LLC v. Technology Insurance Company, from Garland County Circuit Court. Appellant's motion to voluntarily dismiss appeal.

## MOTIONS SUBMITTED

CV-25-236.  Terry Foster v. Stephanie Sutton and Sutton LTD, LLC, from Randolph County Circuit Court.  Appellant's motion for order granting leave to enlarge the number of words in appellant's reply brief.

CV-25-236.  Terry Foster v. Stephanie Sutton and Sutton LTD, LLC, from Randolph County Circuit Court.  Motion to supplement motion for order granting leave to enlarge the number of words in appellant's reply brief.

CV-25-253.  Craig Ballegeer v. Holly Ballegeer, from Crawford County Circuit Court. Appellee's motion to tender brief for appellee with nonelectronic portions of the previous record in appendix form for reference by the court.

CV-25-276.  BKMJ, Inc. v. Ira Glasser, from Washington County Circuit Court.  Motion of Sylvester Smith to be relieved as counsel for appellee.

CV-25-316.   Sarah Ellington v. Fenco, LLC, from Faulkner County Circuit Court. Appellant's motion to supplement the record.

CV-25-350.  Chasidy Labelle v. Crystal Guerrero, from Benton County Circuit Court. Appellee's motion to dismiss appeal.

CV-25-350.  Chasidy Labelle v. Crystal Guerrero, from Benton County Circuit Court. Appellee's motion to dismiss the motion to dismiss appeal.

CV-25-386.  Carla Muruaga-Atkins; Carol Ann Martin; Laura Martin, Individually; Laura Martin, as Mother and Next Friend of Two Unemancipated Minor Children; Caitlyn Peterson, Individually; Caitlyn Peterson, as Mother and Next Friend of Three Unemancipated Minor Children; and Kathryn Ahlefeld v. Melanie Foster; Forest Roberts; Kathryn Clark; Christie Waggoner; Lillian Van Houten; Sawney Huckabay; and Allen Family Farm, Inc., an Arkansas Non-Profit Corporation, from Benton County Circuit Court.  Appellees' petition for certiorari to the Benton County Circuit Court.

CV-25-400.  Katlyn Scott and Steven Scott v. Arkansas Department of Human Services and Minor Child, from Scott County Circuit Court.  Motion of separate appellant Steven Scott for belated appeal.

## MOTIONS SUBMITTED

CV-25-403.   Estate of Roy O. McWilliams v. Janet Troutman Ward, in Her Official Capacity as Pulaski County Assessor; Pulaski County Assessor; Pulaski County Board of Equalization; and Debra Buckner, in Her Official Capacity as Pulaski County Treasurer, from Pulaski County Circuit Court, Fifth Division.   Appellant's petition requesting issuance of a supersedeas bond and incorporated brief.

CV-25-403.   Estate of Roy O. McWilliams v. Janet Troutman Ward, in Her Official Capacity as Pulaski County Assessor; Pulaski County Assessor; Pulaski County Board of Equalization; and Debra Buckner, in Her Official Capacity as Pulaski County Treasurer, from Pulaski County Circuit Court, Fifth Division.  Appellant's motion to supplement the record.

CV-25-403.   Estate of Roy O. McWilliams v. Janet Troutman Ward, in Her official Capacity as Pulaski County Assessor; Pulaski County Assessor; Pulaski County Board of Equalization; and Debra Buckner, in Her Official Capacity as Pulaski County Treasurer, from Pulaski County Circuit Court, Fifth Division.  Appellant's motion for extension of time to file its brief and incorporated brief.

CV-25-403.   Estate of Roy O. McWilliams v. Janet Troutman Ward, in Her official Capacity as Pulaski County Assessor; Pulaski County Assessor; Pulaski County Board of Equalization; and Debra Buckner, in Her Official Capacity as Pulaski County Treasurer, from Pulaski County Circuit Court, Fifth Division.  Appellant's motion for expansion of word count and incorporated brief.

CV-25-406.   Alicia Brannon v. Joseph Kyle Scaife and Office of Child Support Enforcement, from Lonoke County Circuit Court.  Appellant's pro se motion and petition for writ of certiorari to complete the record on appeal.

CV-25-432.  Ole Butts v. Goode Holdings, LLC; and Arnold Exchange Group, LLC, d/b/a Frontier Shed Co., from Van Buren County Circuit Court.  Appellant's motion to consolidate records and alternative motion to supplement record.

CV-25-440.   Southern Farm Bureau Casualty Insurance Company v. Brittany Arvie; Samantha Eggleston; Kevin Stackhouse; Sheila Hardison; and Dwight Hardison, Sr., from Pulaski County Circuit Court, Third Division.  Appellees' motion to dismiss appeal and incorporated memorandum of authorities.

**ARKANSAS COURT OF APPEALS**

**PROCEEDINGS OF AUGUST 20, 2025**

**MOTIONS SUBMITTED**

CV-25-455.   Keith Markey v. Amber Markey, from Garland County Circuit Court. Appellant's motion for rule the on clerk.

CV-25-455.   Keith Markey v. Amber Markey, from Garland County Circuit Court. Appellant's amended certificate of service for motion for rule on the clerk.

CV-25-455.   Keith Markey v. Amber Markey, from Garland County Circuit Court. Appellant's second amended certificate of service for motion for rule on the clerk.

# ARKANSAS COURT OF APPEALS

## PROCEEDINGS OF AUGUST 20, 2025

## <u>CASES SUBMITTED</u>

CR-24-361.  Jonathan Kavon Richmond v. State of Arkansas, from Sebastian County Circuit Court, Fort Smith District.

CR-24-371.  Donald Lee Camp v. State of Arkansas, from Perry County Circuit Court.

CR-24-383.  John Britt v. State of Arkansas, from Benton County Circuit Court.

CR-24-606.  Frank Elvin Wheeler v. State of Arkansas, from Boone County Circuit Court.

CR-24-651.  Sunil Abeku Kumar v. State of Arkansas, from Miller County Circuit Court.

CV-24-130.  Elizabeth Goode v. Jaya Nair, from Pulaski County Circuit Court, Fourth Division.

CV-24-219.  Cynthia Denice Hill v. Dana Bernard Hill, from Garland County Circuit Court.

CV-24-269.  Michael Wesley Walters v. Deanna Rose Dockman, Individually and in Her Capacity as Executrix of the Estate of Christopher Peter Dockman, from Madison County Circuit Court.

CV-24-391.  Calandra Lock-Fraiser and Jahnell Fraiser v. Arkansas Department of Human Services and Minor Child, from Hot Spring County Circuit Court.

CV-24-738.  Kimberly Taylor v. Hino Motors Manufacturing, U.S.A., Inc.; and Sompo American Insurance Co., from the Arkansas Workers' Compensation Commission.

CV-24-755.  Tina L. Melius v. Chapel Ridge Nursing Center, LLC; and AmTrust North America, from the Arkansas Workers' Compensation Commission.

CV-25-115.  Tiffany Austin v. Arkansas Department of Human Services and Minor Child, from Washington County Circuit Court.